# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN MANUEL RESENDIZ,<br><br>    Defendant. | No. 1:14-MJ-0093 BAM<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

   The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

[x]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

   This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

   Dated:   **June 3, 2014**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE